# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | 8:06CR112 |
| vs. ) | |
| ) | ORDER |
| TROY ADAMS and ) | |
| LINDA D. ADAMS, ) | |
| Defendants. ) | |

This matter is before the court on defendants' uncontested motions to extend the deadline for filing pretrial motions ([33] & [34]). The defendants have both filed waivers of speedy trial as required by NECivR 12.1, and the motions are unopposed. For good cause shown,

**IT IS ORDERED:**

1. Defendants' motions for extension of time [33] & [34] are granted. Defendants, Troy Adams and Linda D. Adams, are given until and including **June 14, 2006** to file pretrial motions.

2. The ends of justice will be been served by granting defendant's motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., the time **between May 15, 2006 and June 14, 2006**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendants' attorneys require additional time to adequately prepare the case, taking into consideration the diligence of counsel. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

**DATED May 16, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**