IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:06CR112 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **ORDER TO SEAL DOCUMENT** |
| v. | ) | |
| LINDA ADAMS, | ) | |
| Defendant. | ) | |

THIS MATTER came before the Court on the 19th day of July, 2006, on the Motion of the Defendant for an order to seal her Motion to Review Detention and Request for Evidentiary Hearing. (Filing No. 43).

The Court, being fully advised in the premises, finds that the Motion should be granted.

IT IS THEREFORE ORDERED that the document named in Defendant's Motion Requesting Certain Documents to be Sealed shall be filed under seal.

BY THE COURT:

Date: July 19, 2006.   s/ F. A. Gossett
United States Magistrate Judge