PS 42
(Rev 07/93)

# United States District Court

### District of Nebraska

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

07 FEB -6 PM 2: 14

OFFICE OF THE CLERK

| | | |
|---|---|---|
| **United States of America** | ) | |
| | ) | |
| vs | ) | |
| | ) | |
| **Linda Adams** | ) | Case No. 8:06CR112 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Linda Adams, have discussed with Angelique M. Johnson, Pretrial Services Officer Assistant, modification of my release as follows:

To remove condition 7(k) requiring the defendant to reside at Eagle Haven Transitional Living in Omaha, Nebraska.

I consent to this modification of my release conditions and agree to abide by this modification.

_Linda A. Adams_  1-31-07   _Angelique M. Johnson_  1/31/07
Signature of Defendant    Date    Pretrial Services Officer Assistant    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_Julie Hansen_    2-2-07
Signature of Defense Counsel    Date

[X] The above modification of conditions of release is ordered, to be effective on 1/31/07.

[ ] The above modification of conditions of release is _not_ ordered.

_Signature_    2/6/07
Signature of Judicial Officer    Date